RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SALEUMKIAT KAYARATH, et al. Defendant. | 2:15-cr-305-GMN-GWF |

### STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING [3ᴿᴰ REQUEST]

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH,** by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for August 31, 2022, at 11:00 a.m. be continued for a period of sixty (60) days, but not to be set prior to September 15, 2022, or a time thereafter that is convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The Defendant Saleumkiat Kayarath has a case pending in the Las Vegas Justice Court in Case No. 22-CR-007025. The arrest in that case formed the basis of the revocation proceedings herein. Negotiations in that case are scheduled for September 15, 2022 at the hour of

8:00 a.m. before the Honorable Ann E. Zimmerman.

2. The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3. Susan Cushman, AUSA has agreed to this request;

4. The Defendant is not in custody consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing. This is the third request.

**DATED** this ___ day of August, 2022.

| | |
|---|---|
| **UNITED STATES ATTORNEY** | **CHESNOFF & SCHONFELD** |
| */s/ Susan Cushman* | */s/ Richard A. Schonfeld* |
| **SUSAN CUSHMAN, AUSA** | **RICHARD A. SCHONFELD, ESQ.** |
| 501 Las Vegas Blvd. South, Suite 1100 | 520 South Fourth Street |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| Attorney for Plaintiff | Attorney for Defendant, Saleumkiat Kayarath |
| Tel: (702) 388-6336 | Tel: (702) 384-5563 |

## FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. The Defendant Saleumkiat Kayarath has a case pending in the Las Vegas Justice Court in Case No. 22-CR-007025. The arrest in that case formed the basis of the revocation proceedings herein. Negotiations in that case are scheduled for September 15, 2022 at the hour of 8:00 a.m. before the Honorable Ann E. Zimmerman.

2. The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3. Susan Cushman, AUSA has agreed to this request;

4. The Defendant is not in custody consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice.

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for August 31, 2022, at 11:00 a. m, be continued to the __20th__ day of __September__ 2022, at the hour of __11:00 a.m__.

**IT IS SO ORDERED.**

DATED this __19__ day of __August__, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

/s/ Richard A. Schonfeld
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant