RICHARD A. SCHONFELD, ESQ.
Nevada Bar No. 6815
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA
\* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SALEUMKIAT KAYARATH, et al. ) <br> ) <br> Defendant. ) <br> _____ ) | 2:15-cr-305-GMN-GWF |

### STIPULATION TO CONTINUE REVOCATION OF SUPERVISED RELEASE HEARING [4TH REQUEST]

**IT IS HEREBY STIPULATED AND AGREED,** by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for September 20, 2022, at 11:00 a.m. be continued for a period of thirty (30) days, or a time thereafter that is convenient to this Honorable Court.

This Stipulation is entered into for the following reasons:

1. The Defendant Saleumkiat Kayarath is in the process of resolving the underlying State case, which would assist in facilitating a resolution to this matter;

2. The parties believe that judicial economy is better served to have a disposition in that

case prior to proceeding with the revocation proceedings herein;

3. Susan Cushman, AUSA has agreed to this request;

4. The Defendant is not in custody consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing. This is the fourth request.

DATED this 15th day of September, 2022.

| UNITED STATES ATTORNEY | CHESNOFF & SCHONFELD |
|---|---|
| */s/ Susan Cushman*  <br>**SUSAN CUSHMAN, AUSA**  <br>501 Las Vegas Blvd. South, Suite 1100  <br>Las Vegas, Nevada 89101  <br>Attorney for Plaintiff  <br>Tel: (702) 388-6336 | */s/ Richard A. Schonfeld*  <br>**RICHARD A. SCHONFELD, ESQ.**  <br>520 South Fourth Street  <br>Las Vegas, Nevada 89101  <br>Attorney for Defendant, Saleumkiat Kayarath  <br>Tel: (702) 384-5563 |

## **FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. The Defendant Saleumkiat Kayarath is in the process of resolving the underlying State case, which would assist in facilitating a resolution to this matter;

2. The parties believe that judicial economy is better served to have a disposition in that case prior to proceeding with the revocation proceedings herein;

3. Susan Cushman, AUSA has agreed to this request;

4. The Defendant is not in custody consents to the continuance being sought herein;

5. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing. This is the fourth request.

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for September 20, 2022, at 11:00 a.m., be continued to the __30th__ day of __November__, 2022, at the hour of __11:00 a.m.__.

**IT IS SO ORDERED.**

DATED this __15__ day of __September__, 2022.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
CHESNOFF & SCHONFELD
520 S. 4th Street
Las Vegas, Nevada 89101
Attorney for Defendant