**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
**CHESNOFF & SCHONFELD**
520 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702)384-5563
Attorney for Defendant, *SALEUMKIAT KAYARATH*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:15-cr-305-GMN-GWF |
| ) | 2:14-cr-353-GMN-GWF |
| SALEUMKIAT KAYARATH, et al. ) | |
| ) | |
| Defendant. ) | |
| ) | |

**STIPULATION TO CONTINUE THE REVOCATION OF SUPERVISED**
**RELEASE SCHEDULED FOR JUNE 14, 2023**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the United States of America, by and through Assistant United States Attorney Susan Cushman, Esq., and Defendant, **SALEUMKIAT KAYARATH**, by and through his attorney Richard A. Schonfeld, Esq., that the Revocation of Supervised Release Hearing currently scheduled for June 14, 2023, be continued to July 12, 2023 at 9:00 a.m.

This Stipulation is entered into for the following reasons:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

For the foregoing reasons, the parties request a continuance of the Revocation of Supervised Release Hearing to July 12, 2023 at the hour of 9:00 a.m.

**DATED** this ___ day of May, 2023.

**UNITED STATES ATTORNEY**

***/s/ Susan Cushman***
**SUSAN CUSHMAN, AUSA**
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Attorney for Plaintiff
Tel: (702) 388-6336

**CHESNOFF & SCHONFELD**

***/s/ Richard A. Schonfeld***
**RICHARD A. SCHONFELD, ESQ.**
520 South Fourth Street
Las Vegas, Nevada 89101
Attorney for Defendant, Saleumkiat Kayarath
Tel: (702) 384-5563

. . . .

. . .

. . . .

. . . .

. . . .

**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER**

Having considered the Stipulation of the Parties, and good cause being shown, the Court hereby finds and Orders as follows:

1. Counsel for Defendant has a scheduling conflict;

2. The Defendant consents to the continuance being sought herein;

3. Additionally, denial of this request for continuance would result in a miscarriage of justice;

**IT IS THEREFORE ORDERED** that the Revocation of Supervised Release Hearing currently scheduled for June 14, 2023 at the hour of 9:00 a.m. be continued to the 12th day of July, 2023, at the hour of 9:00 a.m.

**IT IS SO ORDERED.**

**DATED** this 31 day of May, 2023.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

Submitted by:

*/s/ Richard A. Schonfeld*
**RICHARD A. SCHONFELD, ESQ.**
Nevada Bar No. 6815
520 South Fourth Street
Las Vegas, Nevada 89101
rschonfeld@cslawoffice.net
Attorney for Defendant