SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264
DAVID C. KIEBLER
Nevada Bar No. 16724
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
David.Kiebler@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SALEUMKIAT KAYARATH,<br><br>Defendant. | Case Nos. 2:14-cr-353-GMN-GWF;<br>2:15-cr-305-GMN-GWF<br><br>**Government's Motion to Unseal Addendums to Petitions for Supervised Release Violations** |

  The government moves to unseal the four addendums to the Petitions for Warrant for Offender Under Supervision. Saleumkiat Kayarath appealed the sentences imposed by this Court and the government intends to designate all addendums as part of the appellate record.

  This Court sentenced Kayarath for supervised release violations in case numbers 14-cr-353 and 15-cr-305. The initial Petition for Warrant in the 2014 case is unsealed; however, the addendums at ECF Nos. 198 and 225 remain sealed. Similarly, the initial Petition for Warrant in the 2015 case is unsealed but the addendums at ECF Nos. 36 and 65 remain sealed.

  This Court referenced the addendums in the judgements for both cases when it noted that the defendant admitted that he violated the conditions noted in the addendums. *See* ECF No. 231 (14-cr-353), ECF No. 71 (15-cr-305). Because Kayarath appealed this Court's judgements to

1

the Ninth Circuit, *See* 24-5990, 24-5992, the government needs to include the addendums in the appellate record. The government is currently unable to include the addendums in the record because they are sealed. Consequently, the government moves to unseal the addendums at ECF Nos. 198 and 225 in the 2014 case and the addendums at ECF Nos. 36 and 65 in the 2015 case.

DATED: June 6, 2025

Respectfully submitted,

SIGAL CHATTAH
United States Attorney

/s/ *David Kiebler*
DAVID KIEBLER
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SALEUMKIAT KAYARATH,<br><br>　　　　　Defendant. | Case Nos. 2:15-cr-305-GMN-GWF<br><br>**Order Granting Government's Motion** |

　　　　Having considered the government's arguments, the Court HEREBY ORDERS that the government's motion is GRANTED.

　　　　The Clerk of Court is kindly directed to unseal the addendum at ECF Nos. 36 and 65.

　　　　DATED this ___25___ day of June, 2025.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE